# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**DIDKYEULER CASTILLO** and **SHERLY AGUILAR,**
Appellants,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D2022-3284

[January 18, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Hon. Jeffrey R. Levenson, Judge; L.T. Case No. CACE21003464.

Melissa A. Giasi and Erin M. Berger of Giasi Law, P.A., Tampa, for appellants.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***